Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael McMahon, et al.,

Plaintiff(s)

v.

The City of Los Angeles; Eric Garcetti; Karen Bass; DOES 1-100, inclusive

Defendant(s).

CASE NUMBER

2:23-cv-09815 FLA(SKx)

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Schexnaydre, David J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(985) 869-8989
*Telephone Number*

(985) 235-1089
*Fax Number*

david@schexnaydre.com
*E-Mail Address*

of

Schexnaydre Law Firm, LLC
2895 Hwy 190, Ste 212
Mandeville LA 70471
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Michael McMahon, et al.,

*Name(s) of Party(ies) Represented*     [X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other: _____

**and designating as Local Counsel**

Kennedy, Jennifer W.
*Designee's Name (Last Name, First Name & Middle Initial)*

185406
*Designee's Cal. Bar No.*

626-888-2263
*Telephone Number*

n/a
*Fax Number*

jenniferkennedyesq@gmail.com
*E-Mail Address*

of

Jennifer W. Kennedy, Attorney at Law
61 S. Baldwin Ave. #1626
Sierra Madre, CA 91025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated: November 30th, 2023

/s/ Fernando L. Aenlle-Rocha
U.S. District Judge/~~U.S. Magistrate Judge~~