David Schexnaydre, *Pro Hac Vice*
david@schexnaydre.com
SCHEXNAYDRE LAW FIRM
2895 Hwy 190, Ste 212
Mandeville, LA 70471
Telephone: (985) 292-2020
Fax: (985) 235-1089

Jennifer W. Kennedy, CA SBN 185406
jenniferkennedyesq@gmail.com
JENNIFER W. KENNEDY
ATTORNEY AT LAW
61 S. Baldwin Ave. #1626
Sierra Madre, CA 91025
Telephone: (626) 888-2263
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL MCMAHON, et al., ,<br><br>             Plaintiffs,<br><br>    vs.<br><br>THE CITY OF LOS ANGELES; ERIC GARCETTI, AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF LOS ANGELES; KAREN BASS, AS AN INDIVIDUAL AND IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF LOS ANGELES; DOES 1-100, INCLUSIVE,<br><br>             Defendants. | Case No.: 2:23-cv-09815 FLA(SKx)<br><br>**VOLUNTARY MOTION TO DISMISS, WITHOUT PREJUDICE, BY CERTAIN PLAINTIFFS** |

VOLUNTARY MOTION TO DISMISS       1
WITHOUT PREJUDICE

PURSUANT TO Federal Rule of Civil Procedure 41(a)(1)(A), because no defendant has filed an answer, Plaintiffs, Matthew Alva, Donovan Anderson, Kevin Austin, Yumiko Bonilla, Jeffrey Todd Briscoe, Jose Camacho, Travis Carlson, Mark Anthony Carrillo, Thomas Chamberlain, Terence Chang, Doug Coates, Robert Corchado, Nathan Cordero, Dana Crutchfield, Hiram Cuahutle, Chace Cubak, Pedro De La Cruz Rivera, Marie Fellhauer, David Finger, Armando Gabaldon, Miguel Garcia, Paulette Gonzalez, Kelly Gutwein, Erik Haskell, James Huett, Howard Hwang, Kevin Ishida, Steven Infante, Christopher Justus, Houtan Khadjehnouri, Joshua Kiss, Brian Koren, Sergio Lara, Jason Michael Lawrence, Scott Lazar, Darren Lloyd, Michelle Lopez, Ruzanna Luledzhyan, Chao Ly, Reynaldo Masangkay, John McCord, Jordan Mullen, Clifford McKenzie, Francisca Navarro, Tony Nguyen, Jose Nolasco, David Nuno-Ordonez, Michael Pagliuso, Fernando Pantoja, Brian Peel, David Rodriguez, Joshua Rodriguez, Sergio Rodriguez, Michael Seers, Jullian Stine, Craig Ryan Studenka, Peter Tagliere, Mackenzie Vandergeest, Albert Vega, Thomas Wickham II, Michael Yoro, Chris Yzaguirre, move for a voluntary dismissal, without prejudice, all claims made against Defendants, City of Los Angeles, Karen Bass, and Eric Garcetti.

VOLUNTARY MOTION TO DISMISS     2
     WITHOUT PREJUDICE

Respectfully submitted,

**SCHEXNAYDRE LAW FIRM**
BY:   /s/ *David J. Schexnaydre*
DAVID J. SCHEXNAYDRE, T.A.
Louisiana Bar Roll #: 21073
2895 Highway 190 • Suite 212
Mandeville, Louisiana 70471
Telephone: (985) 292-2020
Fax: (985) 235-1089
Email: david@schexnaydre.com
Lead Counsel for Plaintiffs-*Pro Hac Vice*

**JENNIFER W. KENNEDY**
**ATTORNEY AT LAW**
BY:   /s/ *Jennifer W. Kennedy*
JENNIFER W. KENNEDY, ESQ.
CA Bar No.: 185406
61 S. Baldwin Ave #1626
Sierra Madre, CA 91025-7076
Telephone: 626-888-2263
Email: jenniferkennedyesq@gmail.com  Local
Counsel for Plaintiffs

## CERTICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ *David J. Schexnaydre*
David J. Schexnaydre