# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MICHAEL MCMAHON, et al., | Case No.: 2:23-cv-09815 FLA(SKx) |
| Plaintiffs, | |
| vs. | |
| THE CITY OF LOS ANGELES; ERIC GARCETTI, AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF LOS ANGELES; KAREN BASS, AS AN INDIVIDUAL AND IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF LOS ANGELES; DOES 1-100, INCLUSIVE, | **PROPOSED ORDER ON UNOPPOSED VOLUNTARY MOTION TO DISMISS, WITHOUT PREJUDICE, BY DONOVAN ANDERSON AND HOWARD HWANG** |
| Defendants. | |

## <u>ORDER</u>

CONSIDERING the Voluntary Motion To Dismiss, Without Prejudice, By Certain Plaintiffs;

IT IS HEREBY ORDERED that all claims made by Matthew Alva, Donovan Anderson, Kevin Austin, Yumiko Bonilla, Jeffrey Todd Briscoe, Jose Camacho, Travis Carlson, Mark Anthony Carrillo, Thomas Chamberlain, Terence Chang, Doug Coates, Robert Corchado, Nathan Cordero, Dana Crutchfield, Hiram

Cuahutle, Chace Cubak, Pedro De La Cruz Rivera, Marie Fellhauer, David Finger, Armando Gabaldon, Miguel Garcia, Paulette Gonzalez, Kelly Gutwein, Erik Haskell, James Huett, Howard Hwang, Kevin Ishida, Steven Infante, Christopher Justus, Houtan Khadjehnouri, Joshua Kiss, Brian Koren, Sergio Lara, Jason Michael Lawrence, Scott Lazar, Darren Lloyd, Michelle Lopez, Ruzanna Luledzhyan, Chao Ly, Reynaldo Masangkay, John McCord, Jordan Mullen, Clifford McKenzie, Francisca Navarro, Tony Nguyen, Jose Nolasco, David Nuno-Ordonez, Michael Pagliuso, Fernando Pantoja, Brian Peel, David Rodriguez, Joshua Rodriguez, Sergio Rodriguez, Michael Seers, Jullian Stine, Craig Ryan Studenka, Peter Tagliere, Mackenzie Vandergeest, Albert Vega, Thomas Wickham II, Michael Yoro, Chris Yzaguirre against Defendants, City of Los Angeles, Karen Bass, and Eric Garcetti are hereby dismissed, without prejudice, with each party bearing its own costs.

THIS ___ DAY OF _____, 2024.


_____
DISTRICT JUDGE

2