UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCMAHON, *et al.*,<br><br>                        Plaintiffs,<br><br>          v.<br><br>THE CITY OF LOS ANGELES, *et al.*,<br><br>                        Defendants. | Case No. 2:23-cv-09815-FLA (SKx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS DEFENDANT ERIC GARCETTI FOR LACK OF PROSECUTION** |

1

Plaintiffs[1] filed this action on November 17, 2023, bringing claims against Defendants The City of Los Angeles, Karen Bass, and Eric Garcetti ("Garcetti"). Dkt. 1.  On February 23, 2024, Plaintiffs filed a proof of service of the Complaint on Garcetti.  Dkt. 21.  Plaintiffs have named Garcetti in all subsequent versions of their complaint, including their Corrected Fourth Amended Complaint, filed on December 17, 2024.  Dkt. 59.  However, Plaintiffs have not docketed evidence of any subsequent action to enforce their claims against Garcetti.

Accordingly, the court ORDERS Plaintiffs to show cause ("OSC") in writing within fourteen (14) days of the date of this order, why the court should not dismiss Garcetti from this action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in dismissal of Garcetti without further notice.

IT IS SO ORDERED.

Dated: February 18, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] The first named Plaintiff in this action is Michael McMahon.  There were, at varying times, 144 Plaintiffs in this action, although some have since been terminated from the action.  The court refers the parties to the docket for the full list of Plaintiffs.