JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL MCMAHON, *et al.*,

Plaintiffs,

v.

THE CITY OF LOS ANGELES, *et al.*,

Defendants.

Case No. 2:23-cv-09815-FLA (SKx)

**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

1

On February 18, 2026, the court Ordered Plaintiffs to Show Cause in writing by March 4, 2026 ("OSC"), why Defendant Eric Garcetti ("Garcetti")—the only remaining Defendant to this action—should not be dismissed for lack of prosecution. Dkt. 89.  Plaintiffs did not file a response.  Accordingly, the court DISMISSES Garcetti from this action without prejudice.  As no Defendants remain, *see* Dkt. 86, the court DISMISSES this action.

IT IS SO ORDERED.

Dated: March 13, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2